UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LT LEASING INC.; LM SPORTS, INC. DBA LAKESIDE MARINA AND DBA ACTION WATERSPORTS OF LAKE TAHOE AND DBA ACTION WATERSPORTS AT LAKE TAHOE AND DBA ACTION WATERSPORTS; TAMARA HASSETT, INDIVIDUALLY; AND ROBERT HASSETT, INDIVIDUALLY | No.: 2:17-cv-00041-TLN-AC<br><br>**ORDER DIRECTING CLERK TO CORRECT THE CAPTION OF THIS ACTION** |

Upon the application of Plaintiffs-In-Limitation, LT LEASING INC., LM SPORTS, INC., doing business as LAKESIDE MARINA and doing business as ACTION WATERSPORTS OF LAKE TAHOE and doing business as ACTION WATERSPORTS AT LAKE TAHOE and doing business as ACTION WATERSPORTS, TAMARA HASSETT, individually, and ROBERT HASSETT, individually, and good cause having been shown, and no adverse interest being represented, **IT IS HEREBY ORDERED**, that the caption of this case is to appear as set forth below:

> IN THE MATTER OF THE COMPLAINT OF LT LEASING INC.; LM SPORTS, INC. DBA LAKESIDE MARINA AND DBA ACTION WATERSPORTS OF LAKE TAHOE AND DBA ACTION WATERSPORTS AT LAKE TAHOE AND DBA ACTION WATERSPORTS; TAMARA HASSETT, INDIVIDUALLY; AND ROBERT HASSETT, INDIVIDUALLY.

Dated: February 27, 2017

_____
Troy L. Nunley
United States District Judge