UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LT LEASING INC.; LM SPORTS, INC. DBA LAKESIDE MARINA AND DBA ACTION WATERSPORTS OF LAKE TAHOE AND DBA ACTION WATERSPORTS AT LAKE TAHOE AND DBA ACTION WATERSPORTS; TAMARA HASSETT, INDIVIDUALLY; AND ROBERT HASSETT, INDIVIDUALLY | No.: 2:17-cv-00041-TLN-AC<br><br>**ORDER RESTRAINING ALL SUITS, DIRECTING MONITION TO ISSUE, AND PUBLICATION OF NOTICE** |

A Complaint has been filed in the above-captioned court by Plaintiffs-in-Limitation, LT LEASING INC., LM SPORTS, INC. doing business as LAKESIDE MARINA and doing business as ACTION WATERSPORTS OF LAKE TAHOE and doing business as ACTION WATERSPORTS AT LAKE TAHOE and doing business as ACTION WATERSPORTS, TAMARA HASSETT, individually, and ROBERT HASSETT, individually (hereinafter "PLAINTIFFS-IN-LIMITATION"), as the owner of that certain 1997 24' Four Winns vessel, bearing Hull Number FWNCB312E797, Registration Number CF6210LE (hereinafter referred to as the "Vessel"), or other entities or individuals entitled to assert exoneration from, or limitation of, liability, pursuant to the Limitation of Liability Act, 46 U.S.C. § 30501 *et seq*., and Rule F of the *Supplemental Rules for Certain Admiralty and Maritime Claims*, with respect to any and all injuries, losses, damages, or claims arising out of, resulting from, or in any manner connected with,

- 1 -

the "Incident" of July 24, 2016, an accident involving a rental boat, which occurred on the navigable waters of South Lake Tahoe involving the Vessel as set forth and alleged in the Complaint.

Plaintiffs-in-Limitation have deposited with this Court, for the benefit of the claimants, the sum equivalent to the value of the Vessel post-accident, in the amount of Nine Thousand Five Hundred Dollars ($9,500.00), and have deposited the sum of One Thousand Dollars ($1,000.00) as security for court costs under Local Rule 520(b).

It appears that claims have been made, or will be made against Plaintiffs-in-Limitation or the Vessel for losses or damages arising out of, or in some manner connected with the matters set forth in the Complaint.

The Court, on application of Plaintiffs-in-Limitation, now issues the following Orders:

1. Pursuant to Rule F(3) of the *Supplemental Rules for Certain Admiralty and Maritime Claims*, except as filed in this proceeding, the commencement or prosecution of any and all suits, actions or legal proceedings of any nature and description, presently ongoing or to be filed in the future, against Plaintiffs-in-Limitation or the Vessel is enjoined and said proceedings are to be stayed and restrained until the hearing and determination of this proceeding;

2. Pursuant to Rule F(4) of the *Supplemental Rules for Certain Admiralty and Maritime Claims*, a monition shall issue by this Court. All persons and entities asserting any claim against Plaintiffs-in-Limitation or the Vessel for any loss, damage or injury arising out of, resulting from, or in any manner connected with the matters set forth in the Complaint are admonished to appear and file their respective claims and answer the allegations of the Complaint with the Clerk of this Court at the United States Courthouse located at 501 I Street, Sacramento, California 95814, in writing, and to serve a copy thereof on the attorneys for Plaintiffs-in-Limitation, on or before April 10, 2017, or be deemed in contumacy and default, and that when all proceedings have been completed, if it shall appear that the Plaintiffs-in-Limitation are not liable for any such loss or damage, it may be finally so decreed by this Court;

3. A notice which is substantially in the same form as the "Notice of Complaint for Exoneration From, or Limitation of, Liability" (hereinafter "Notice of Complaint"), lodged by Plaintiffs-in-Limitation on February 17, 2017, with this Court, shall be published once a week for

four (4) successive weeks prior to April 10, 2017 by Plaintiffs-in-Limitation, in *The Sacramento Bee*, a newspaper of general circulation printed and published in Sacramento, California;

4. Plaintiffs-in-Limitation, pursuant to Rule F(4) of the *Supplemental Rules for Certain Admiralty and Maritime Claims*, shall no later than the date of the second publication mail a copy of the "Notice of Complaint" to every person and entity known to have asserted a claim against Plaintiffs-in-Limitation or the Vessel, arising out of, resulting from, or in any manner connected with the Complaint in this action and in those cases where the person or entity making the claim is known to have an attorney, the "Notice of Complaint" shall be mailed to such attorney;

5. The publication and mailing of the "Notice of Complaint" described herein shall constitute due notice to all persons asserting claims arising out of or in any way relating to that which the Complaint herein seeks exoneration from, or limitation of, liability;

6. Service of this Order as a restraining order may be accomplished by mailing a copy of this executed Order to the persons to be restrained, or their attorneys acting on their behalf.

IT IS SO ORDERED.

Dated: February 27, 2017

_____
Troy L. Nunley
United States District Judge