UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LT LEASING INC.; LM SPORTS, INC. DBA LAKESIDE MARINA AND DBA ACTION WATERSPORTS OF LAKE TAHOE AND DBA ACTION WATERSPORTS AT LAKE TAHOE AND DBA ACTION WATERSPORTS; TAMARA HASSETT, INDIVIDUALLY; AND ROBERT HASSETT, INDIVIDUALLY | No.: 2:17-cv-00041-TLN-AC<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER RESTRAINING ALL SUITS, DIRECTING MONITION TO ISSUE, AND PUBLICATION OF NOTICE** |

Pending before the Court is the *Ex Parte* Application of Plaintiffs-in-Limitation LT LEASING INC., LM SPORTS, INC. doing business as LAKESIDE MARINA and doing business as ACTION WATERSPORTS OF LAKE TAHOE and doing business as ACTION WATERSPORTS AT LAKE TAHOE and doing business as ACTION WATERSPORTS, TAMARA HASSETT, individually, and ROBERT HASSETT, individually requesting an Order Restraining All Suits, Directing Monition to Issue, and Publication of Notice. After review and consideration, **IT IS HEREBY ORDERED** that the *Ex Parte* Application is **GRANTED**.

Dated: February 27, 2017

									_____
									Troy L. Nunley
									United States District Judge

- 1 -