# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LT LEASING INC.; LM SPORTS, INC. DBA LAKESIDE MARINA AND DBA ACTION WATERSPORTS OF LAKE TAHOE AND DBA ACTION WATERSPORTS AT LAKE TAHOE AND DBA ACTION WATERSPORTS; TAMARA HASSETT, INDIVIDUALLY; AND ROBERT HASSETT, INDIVIDUALLY. | Case No.  2:17-cv-00041-JAM-EFB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SECURITY SHOULD NOT BE RETURNED TO DEPOSITORS OR ALTERNATIVELY FILE A STATUS REPORT<br><br>**FOURTEEN-DAY DEADLINE** |

This matter was commenced pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Supplemental Rule F.  Specifically, Plaintiffs LT Leasing, Inc., LM Sports, Inc., Tamara Hassett, and Robert Hassett sought exoneration from (or limitation of) liability in relation to an accident involving a 1997 24' Four Winns vessel.  (ECF No. 1.)

Pursuant to Local Rule 520(b), Plaintiffs were required to post security for costs in the amount of $1,000.00, and "[u]nless otherwise ordered by the Court, the security for costs may be combined with the security for value and interest, if such security is posted."  L.R. 520(b).  On January 10, 2017, depositor Chubb Federal Insurance Company, on behalf of Plaintiffs, posted the $9,500.00 security for value and interest (Receipt No. #CAE200079226), and on February 21, 2017, depositor Cogswell Nakazawa, on behalf of Plaintiffs, posted the $1,000.00 security

for costs (Receipt No. ##CAE200080165).  On July 11, 2017, this matter was consolidated with Palla v. L M Sports, Inc., No. 2:16-cv-02865-JAM-EFB, and the Clerk of the Court administratively closed this action.  (ECF No. 23.)  On April 3, 2020, all parties remaining in the consolidated cases filed a stipulation of dismissal, dismissing the action with prejudice.  Palla v. L M Sports, Inc., No. 2:16-cv-02865-JAM-EFB, ECF No. 382, Stipulation of Dismissal (E.D. Cal. Apr. 3, 2020).[1]

In light of the foregoing, the Court ORDERS any and all parties to show cause, in writing, within **fourteen (14) days** of entry of this order why the $1,000.00 security for costs and the $9,500.00 security for value and interest should not be returned, respectively, to depositors Cogswell Nakazawa and Chubb Federal Insurance Company.  If a party does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court.  Thereafter, the Court will determine whether to direct the Clerk of Court to return the security to the addresses of the depositors on file.

In the alternative, any party may file a status report, within **fourteen (14) days** of the entry of this order, indicating whether this issue has been disposed of or is otherwise implicated in the lead case, Palla v. L M Sports, Inc., No. 2:16-cv-02865-JAM-EFB.

IT IS SO ORDERED.

Dated:   **March 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] On June 2, 2020, the Hon. John A. Mendez granted Defendants L M Sports, Inc.'s and L T Leasing, Inc's motion for determination of good faith settlement, pursuant to Cal. Code Civ. P. §§ 877 and 877.6.  Palla v. L M Sports, Inc., No. 2:16-cv-02865-JAM-EFB, ECF No. 390 (E.D. Cal. June 2, 2020).